UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH N. MALOUF, III,

        Plaintiff,

v.                                       Case No. 10-cv-14763
                                        Paul D. Borman
                                        United States District Judge

THE DETROIT MEDICAL CENTER d/b/a/
SINAI-GRACE HOSPITAL, and
CATHY DOCKERY

        Defendants.

_____/


## ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (Dkt. No. 19)

      Plaintiff Joseph N. Malouf, III, proceeding *pro se*, filed the Complaint in this matter on December 1, 2010 (Dkt. No. 1). Plaintiff alleges that his employment with Defendants was terminated as retaliation for his filing an EEOC complaint claiming that he was sexually harassed by a female supervisor. On December 3, 2010, the Court granted Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 3). Now before the Court is Plaintiff's Motion for Appointment of Counsel, filed on April 20, 2011 (Dkt. No. 19).

      Plaintiff's Motion consists of two sentences, which state as follows:

          The plaintiff in the above entitled matter hereby moves the court for
          an order appointing legal counsel to act on his behalf

             The court has already approved the plaintiff's application to
          file the matter *in forma pauperis*.

(Pl.'s Mot. 1-2).

Appointment of counsel in a civil case is only appropriate in exceptional cases with complex factual and legal issues. *See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993). No exceptional circumstances exist in this case. *See Marshall v. Federal Exp. Corp.*, 12 Fed. Appx. 186, 188 (6th Cir. Nov. 30, 2000) (unpublished). Plaintiff's Motion for Appointment of Counsel is therefore **DENIED**.


**SO ORDERED.**


                                        S/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  May 2, 2011

                    CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means and

                        **Joseph N Malouf**
                        27073 Baldwin Avenue
                        Warren, MI 48092

by  U.S. Mail on May 2, 2011.


                                        S/Denise Goodine
                                        Case Manager

2